IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY - 3 2007

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

JOHN ESTERS
    PLAINTIFF

v.                                         No. 3:07CV00028 JMM

SMURFIT-STONE CONTAINER
ENTERPRISES, INC.
    DEFENDANT

## PROTECTIVE ORDER

On this __2__ day of May, 2007, the Court reviewed the Joint Motion for Protective Order, and makes the following Orders:

1.    Confidential Information, as later defined herein, and obtained by the Plaintiff from the Defendant in this action, shall be used only for the purpose of this litigation and for no other purpose whatsoever, and shall not be given, shown, made available, or communicated in any way to anyone except Qualified Persons, as herein defined.

2.    Confidential Information shall be deemed to include, without limitation:

Those policies, handbooks, personnel and medical files, financial records, applicant data, employment records, business records, including those reflecting business and/or employment related decisions, grievance files, salary/pay histories, and information and other matters now requested or hereinafter requested by the Plaintiff, from the Defendant relating to the operation and organization of the Defendant and such other information as may be deemed by

this Court to be relevant or material herein. Defendant will designate this information as ⊡Confidential Information⊡.

3.  Except with the prior written consent of the Defendant, or pursuant to further Order of this Court on motion with notice to the Defendant, no Confidential Information may be disclosed to any person other than "Qualified Persons" who shall be defined to include the Plaintiff, any current or future counsel of record for the Plaintiff in this action, and secretaries, paraprofessional assistants, experts, and other employees of such counsel who would be actively engaged in assisting counsel in connection with this action.

4.  This Order, insofar as it restricts the communication in any way and use of Confidential Information, shall continue to be binding through and after the conclusion of this litigation. At the conclusion of this action, including all appeals:

   a)  Upon request by Defendant, Plaintiff (or his counsel) shall take all reasonable steps necessary to reclaim all Confidential Information, including correspondence, memoranda, notes or any other documents embodying such information, in whole or in part.

   b)  Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential Information obtained during the course of this proceeding.

5.  Such Confidential Information as may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal. Only the Court, Court personnel, and counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

6.    Plaintiff's current counsel shall explain to Plaintiff the terms of this Protective Order, including the requirements and restrictions he must observe.

IT IS HEREBY SO ORDERED.

_/s/ James M. Moody_
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

J. Bruce Cross, (# 74028)
Brian A. Vandiver (#2001078)
CROSS, GUNTER, WITHERSPOON
    & GALCHUS, P.C.
Post Office Box 3178
Little Rock, Arkansas 72203-3178
Telephone:   501/371-9999
Facsimile:    501/371-0035

By: /s/ Brian A. Vandiver

**ATTORNEYS FOR DEFENDANT**

And

Luther Oneal Sutter
Harrill & Sutter, PLLC
310 Natural Resources Drive
Post Office Box 26321
Little Rock, AR  72221-6321

By: /s/ Luther Oneal Sutter

**ATTORNEY FOR PLAINTIFF**