IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOHN ESTERS**                                                  **PLAINTIFF**

**V.**                         **NO:3:07CV00028**

**SMURFIT-STONE CONTAINER
ENTERPRISES, INC.**                            **DEFENDANT**

## ORDER

Pending is Plaintiff's motion to dismiss action without prejudice. (Docket # 25). For good cause shown, the motion is granted. This case is hereby removed from the trial docket the week of February 25, 2008 and is dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 22nd day of August, 2007.

*James M. Moody*
James M. Moody
United States District Judge